(C.D. 4306)

AMPLIFONE CORPORATION ET AL. v. UNITED STATES

Ports of St. Louis, Chicago, and New York, Court Nos. 67/76318, etc., on American goods returned

(Dated December 17, 1971)

*Schwartz & Lidstrom* and *Barnes, Richardson & Colburn* (*Irving Levine* of counsel) for the plaintiffs.

*L. Patrick Gray, III*, Assistant Attorney General (*Robert Blanc*, trial attorney), for the defendant.

RICHARDSON, Judge: Plaintiffs move under Rule 14.7 for an order suspending the actions enumerated in an attached Schedule pending the final determination of *General Instrument Corporation* v. *United*

*States*, Customs Appeal 5480; and the motion is not opposed by the defendant. Plaintiffs' motion is disposed of as follows:

As to the actions enumerated in the attached Schedule identified with the suffix (A), the motion and the said actions are dismissed for prematurity by reason of the fact that in contravention of 19 U.S.C.A., section 1503(a) (section 503(a), Tariff Act of 1930, as amended by the Customs Simplification Act of 1953) liquidation of the subject entries was not made upon a *final appraised value*, and as such, is void, liquidation in each instance having taken place within 60 days of the date of the appraiser's report. See *United States* v. *Boston Paper Board Co.*, 23 CCPA 372, T.D. 48233 (1936), and other cases cited in Memorandum to Accompany Order in *Lamb-Weston, Inc.* v. *United States*, protest 69/38803–10256, C.D. 4301, decided December 1, 1971. It is the duty of the district director or regional commissioner of customs, as the case may be, to liquidate the involved entries in the manner provided for by law so that plaintiffs may file a valid protest against said entries if they be so advised.

As to the actions enumerated in the attached Schedule identified with the suffix (B), the motion, being unopposed and within the court's jurisdiction, is granted, and said actions will be suspended pending the final determination of *General Instrument Corporation* v. *United States*, Customs Appeal 5480.

SCHEDULE OF ACTIONS

| | | | |
|---|---|---|---|
| 67/76318 (A) | 68/68566 (A) | 68/63407 (A) | 69/10500 (A) |
| 68/4135 (A) | 68/68567 (A) | 69/14507 (A) | 69/10562 (A) |
| 68/4136 (A) | 69/36617 (A) | 69/25382 (B) | 69/10563 (A) |
| 68/4137 (A) | 69/36627 (A) | 69/25390 (B) | 69/10565 (A) |
| 68/4138 (A) | 69/36628 (A) | 68/68568 (A) | 69/10566 (A) |
| 68/4139 (A) | 69/36633 (A) | 68/68569 (A) | 69/10567 (A) |
| 68/8404 (A) | 69/36636 (A) | 69/1919 (A) | 69/25391 (B) |
| 68/18865 (A) | 69/36667 (A) | 69/5135 (A) | 69/25400 (B) |
| 68/18866 (A) | 69/36685 (A) | 69/7395 (A) | 69/25405 (B) |
| 68/22813 (B) | 69/37849 (A) | 69/7396 (A) | 69/27660 (A) |
| 68/68550 (A) | 69/43001 (A) | 69/7397 (A) | 69/27661 (A) |
| 68/68551 (A) | 69/43002 (B) | 69/7398 (A) | 69/29395 (A) |
| 68/68552 (A) | 69/43003 (B) | 69/7399 (A) | 69/30666 (A) |
| 68/68560 (A) | 69/43004 (B) | 69/7400 (A) | 69/30669 (A) |
| 68/68561 (A) | 69/43005 (B) | 69/7401 (A) | 69/30692 (B) |
| 68/68562 (A) | 69/43012 (A) | 69/7402 (A) | 69/30696 (B) |
| 68/68563 (A) | 69/43013 (A) | 69/7403 (A) | 69/31093 (A) |
| 68/68564 (A) | 70/1947 (A) | 69/7404 (A) | 69/34515 (A) |
| 68/68565 (A) | 70/7377 (A) | 69/10455 (A) | 69/34520 (A) |

| | | | |
|---|---|---|---|
| 69/53799 (B) | 69/14509 (A) | 70/30599 (A) | 70/30614 (B) |
| 69/53804 (B) | 69/14528 (A) | 70/30610 (B) | 70/30616 (B) |
| 70/1968 (A) | 69/14535 (A) | 69/16734 (A) | 70/31146 (A) |
| 68/22817 (B) | 69/16728 (A) | 69/16738 (A) | 70/31147 (A) |
| 68/27194 (A) | 69/16731 (A) | 69/16756 (A) | 70/31171 (A) |
| 68/61830 (A) | 70/11339 (B) | 69/16757 (A) | 70/31172 (A) |
| 69/25376 (B) | 70/11348 (A) | 69/16796 (A) | 70/31200 (B) |
| 69/10439 (A) | 70/11352 (A) | 69/21759 (A) | 70/31201 (B) |
| 69/10568 (A) | 70/24254 (A) | 69/21860 (A) | 70/31202 (B) |
| 69/10569 (A) | 70/24285 (A) | 69/21865 (A) | 70/31217 (A) |
| 69/10570 (A) | 70/24694 (B) | 69/21870 (A) | 70/31230 (A) |
| 69/10571 (A) | 70/26707 (B) | 69/21871 (A) | 70/35895 (A) |
| 69/10572 (A) | 70/26720 (A) | 69/24653 (A) | 70/35960 (A) |
| 69/10573 (A) | 70/26723 (B) | 69/24655 (A) | 70/35961 (A) |
| 69/10574 (A) | 70/26730 (B) | 69/30664 (A) | 70/35967 (A) |
| 69/10575 (A) | 70/26731 (B) | 69/31081 (B) | 70/35968 (A) |
| 69/10576 (A) | 70/26732 (B) | 69/31085 (B) | 70/35976 (A) |
| 69/10577 (A) | 70/30462 (B) | 69/31092 (A) | 70/35977 (A) |
| 69/10578 (A) | 70/30525 (A) | 69/35161 (A) | 70/35978 (A) |
| 69/10579 (A) | 70/30526 (A) | 69/35162 (A) | 70/41468 (A) |
| 69/10580 (A) | 70/30537 (B) | 69/35163 (A) | 70/41473 (A) |
| 69/10581 (A) | 70/30540 (A) | 69/36594 (A) | 70/41526 (A) |
| 69/10584 (A) | 70/30541 (A) | 69/36597 (A) | |
| 69/12593 (A) | 70/30544 (B) | 70/30611 (B) | |